JOEL B. WATERMAN, Appellant, v WEINSTEIN MEMORIAL CHAPEL et al., Respondents.

Submitted May 19, 2008; decided September 2, 2008

Motion, insofar as it seeks leave to appeal as against defendants Westchester Vault Co., Inc., Anne Cook and Norwalk Wilbert Vault Company of Bridgeport, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal as against the remaining defendants, dismissed upon the ground that appellant has failed to demonstrate timeliness as required by Rules of the Court of Appeals (22 NYCRR) § 500.22 (b) (2).